El Pueblo *v.* Cumpiano Et Al.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 21.—Resuelto en Octubre 7, 1903.

Felony.—Misdemeanor.—Apelación.—Multa.—Cuando en una causa por delito calificado de *felony* el acusado fuere condenado á la pena de multa solamente, el delito deberá reputarse *misdemeanor* y la sentencia que castigue su comisión no es apelable para ante el Tribunal Supremo.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Rossy ( Manuel F.)*

Abogado del apelado: *Sr. del Toro, Fiscal.*

No. 21.—Decided October 7, 1903.

EL JUEZ ASOCIADO SR. MACLEARY, emitió la siguiente opinión del Tribunal.

En esta causa los demandados fueron declarados culpables y condenados por el Tribunal de Distrito de Mayagüez, por infracción de la Ley Electoral, por haberse negado á inscribir en el Registro á un votante que reunía las condiciones como tal; y fueron multados en cien dollars cada uno. Contra esa sentencia han interpuesto recurso de apelación para ante esta Suprema Corte. Dicho recurso no debía haberse admitido. Según los artículos 14 y 161 del Código Penal, y el 345 de la Ley de Enjuiciamiento Criminal, hay que considerar este caso como un delito de *misdemeanor* (falta) y no cabe recurso para ante este Tribunal. Por cuya razón debe desestimarse el recurso por falta de jurisdicción, con las costas á los recurrentes.

*Desestimado.*

Jueces concurrentes- Sres. Presidente, Quiñones, y Asociados Hernandez, y Sulzbacher.

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.